

**TEXANS CREDIT UNION**
P.O. Box 853912
Richardson, TX 75085-3912

Main Number
972-348-2000 | 800-843-5295
Access Line
972-348-2001 | 800-843-6426
Preauthorized Credits
972-348-2000

Your Statement of Accounts
**05/01/2010 THRU 05/31/2010**

Your Member Number
**740000077616**

 Your savings federally insured to at least $100,000 and backed by the full faith and credit of the United States Government

MDG2006 00036679 1 AV 0335

PAMELA TRAUTMANN
LEE TRAUTMANN
3602 CHEYENNE TRAIL          036679
GARLAND TX 75044

---

**Are you ready to buy a new home? Or maybe you are ready to turn your current home into your dream home!** Texans has a variety of home loans with competitive interest rates. Visit www.texanscu.org for more info and to apply online using our convenient step-by-step application. Or call us at 972.348.2407 to schedule an appointment. Texans Credit Union is an Equal Housing Lender.

---

### Consumer Shares (Savings) - 20007280869

Account Summary for Consumer Shares (Savings) - 20007280869

| Starting Balance | + Deposits | + Dividend Paid | - Withdrawals | - Service Charges | = Ending Balance |
|---|---|---|---|---|---|
| 2,935.54 | 9,765.54 | 1.28 | 5,000.00 | 0.00 | 7,702.36 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| May 01 | Starting Balance | | 2,935.54 |
| May 06 | ATM Deposit TEXANS CU 7220 TELECOM 102   GARLAND, TXUS | 3,389.54 | 6,325.08 |
| May 06 | ATM Deposit TEXANS CU 7220 TELECOM 102   GARLAND, TXUS | 628.00 | 6,953.08 |
| May 06 | ATM Deposit TEXANS CU 7220 TELECOM 102   GARLAND, TXUS | 5,748.00 | 12,701.08 |
| May 17 | ATM Transfer Debit To Checking TEXANS CU 7220 TELECOM 101 | (1,000.00) | 11,701.08 |
| May 27 | ATM Withdrawal TEXANS CU 7220 TELECOM 101   GARLAND, TXUS | (500.00) | 11,201.08 |
| May 27 | Withdrawal Internet Transfer to XXXXXX0926 | (3,000.00) | 8,201.08 |



062364 P

## Consumer Shares (Savings) - 20007280869   CONTINUED

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| May 28 | ATM Withdrawal TEXANS CU 7220 TELECOM 101    GARLAND, TXUS | (500.00) | 7,701.08 |
| May 31 | Credit Dividends | 1.28 | 7,702.36 |

The amount of dividends earned between 05-01-2010 and 05-31-2010 is $1.28.
The Annual Percentage Yield Earned for this account is 0.15%.
Dividends Paid YTD:   4.73

## Free Checking - 20007280926

Account Summary for Free Checking - 20007280926

| Starting Balance | + | Deposits | + | Dividend Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 2,032.97 | | 7,742.19 | | 0.00 | | 4,693.83 | | 0.00 | | 5,081.33 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| May 01 | Starting Balance | | 2,032.97 |
| May 01 | Point Of Sale Withdrawal KROGER 6850 N. SHILOH    GARLAND TXUS | (17.27) | 2,015.70 |
| May 02 | Point Of Sale Withdrawal WAL-MART #1055 5302 NO. GARLAND AVGARLAND     TXUS | (31.57) | 1,984.13 |
| May 02 | Point Of Sale Withdrawal LOWE'S #611 2949 N GEORGE BUSH GARLAND TXUS | (51.86) | 1,932.27 |
| May 03 | Point Of Sale Withdrawal TOM THUMB FUEL 2645 ARAPAHO GARLAND     TXUS | (39.07) | 1,893.20 |
| May 03 | Point Of Sale Withdrawal KROGER 6850 N. SHILOH    GARLAND TXUS | (112.28) | 1,780.92 |
| May 03 | Point Of Sale Withdrawal HAWAIIAN FALL WATER09516964465 TXUS | (231.35) | 1,549.57 |
| May 03 | Point Of Sale Withdrawal  AMC FIREWHEEL 01002Garland TXUS | (26.00) | 1,523.57 |
| May 03 | Point Of Sale Withdrawal NFI*WWW.NETFLIX.COMNETFLIX.COM CAUS | (15.14) | 1,508.43 |
| May 03 | Point Of Sale Withdrawal BROOKLYN'S OLD STYLGRLAND TXUS | (21.47) | 1,486.96 |
| May 03 | ATM Deposit TEXANS CU 7220 TELECOM 102    GARLAND, TXUS | 30.00 | 1,516.96 |
| May 03 | ATM Deposit TEXANS CU 7220 TELECOM 102    GARLAND, TXUS | 30.00 | 1,546.96 |

062364

**Free Checking - 20007280950**                                    CONTINUED

Total Returned Item Fees for This Period              $ 0.00
Total Year-to-Date Returned Item Fees                 $ 0.00

Dividends Paid YTD:   0.00

**Statement Summary**

| Account Number | Type | Balance |
|---|---|---|
| 20007280869 | Consumer Shares (Savings) | 2,935.54 |
| 20007280926 | Free Checking | 2,032.97 |
| 20007280950 | Free Checking | 853.41 |

**Go paperless - Go e-statement. It's fast, easy and free.**
E-statements help eliminate paperwork and give you a quick, easy way to view, save or print your statement. Statements are made available around the third business day of each month. For more info, visit www.texanscu.org and click the e-statements link at the top of the page.

046496 I



**TEXANS CREDIT UNION**
P.O. Box 853912
Richardson, TX 75085-3912

Main Number
972-348-2000 | 800-843-5295
Access Line
972-348-2001 | 800-843-6426
Preauthorized Credits
972-348-2000

Your Statement of Accounts

**06/01/2010 THRU 06/30/2010**

Your Member Number
**740000077616**

 Your savings federally insured to at least $100,000 and backed by the full faith and credit of the United States Government

MDG2006 00009976 2 AV 0460

PAMELA TRAUTMANN
LEE TRAUTMANN
3602 CHEYENNE TRAIL            009976
GARLAND TX 75044

---

**Effective July 15th, outgoing wire transfer fees will change as follows:**
   Outgoing Domestic Wires - $20.00
   Outgoing International Wires - $40.00

---

### Consumer Shares (Savings) - 20007280869

Account Summary for Consumer Shares (Savings) - 20007280869

| Starting Balance | + Deposits | + Dividend Paid | - Withdrawals | - Service Charges | = Ending Balance |
|---|---|---|---|---|---|
| 7,702.36 | 174.56 | 0.48 | 7,000.00 | 0.00 | 877.40 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| Jun 01 | Starting Balance | | 7,702.36 |
| Jun 02 | ATM Withdrawal TEXANS CU 7220 TELECOM 101   GARLAND, TXUS | (500.00) | 7,202.36 |
| Jun 02 | Withdrawal | (2,000.00) | 5,202.36 |
| Jun 03 | Withdrawal | (1,000.00) | 4,202.36 |
| Jun 14 | Withdrawal Internet Transfer to XXXXXXX0926 | (500.00) | 3,702.36 |
| Jun 14 | ATM Transfer Credit From Checking TEXANS CU 7220 TELECOM | 174.56 | 3,876.92 |
| Jun 28 | Withdrawal | (3,000.00) | 876.92 |
| Jun 30 | Credit Dividends | 0.48 | 877.40 |

The amount of dividends earned between 06-01-2010 and 06-30-2010 is $0.48.
The Annual Percentage Yield Earned for this account is 0.15%.
Dividends Paid YTD:     5.21




022052 P

**Free Checking - 20007280926**

Account Summary for Free Checking - 20007280926

| Starting Balance | + | Deposits | + | Dividend Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 5,081.33 | | 3,079.89 | | 0.00 | | 7,609.11 | | 0.00 | | 552.11 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| Jun 01 | Starting Balance | | 5,081.33 |
| Jun 01 | Point Of Sale Withdrawal  AMC FIREWHEEL 01002Garland TXUS | (16.00) | 5,065.33 |
| Jun 02 | Point Of Sale Withdrawal KROGER 6850 N. SHILOH     GARLAND TXUS | (44.33) | 5,021.00 |
| Jun 02 | Point Of Sale Withdrawal KROGER 6850 N. SHILOH     GARLAND TXUS | (4.49) | 5,016.51 |
| Jun 02 | Point Of Sale Withdrawal NFI*WWW.NETFLIX.COMNETFLIX.COM CAUS | (15.14) | 5,001.37 |
| Jun 02 | 1071  Electronic Check Atmos Energy (Atmos Ener) | (16.02) | 4,985.35 |
| Jun 03 | Point Of Sale Withdrawal SAVINGSACE    093663888-593-5216 CTUS | (19.95) | 4,965.40 |
| Jun 03 | 1070  Electronic Check VERIZON WEST ARC (VERIZONTX) | (127.76) | 4,837.64 |
| Jun 03 | Point Of Sale Withdrawal TOM THUMB FUEL 2645 ARAPAHO GARLAND       TXUS | (37.87) | 4,799.77 |
| Jun 04 | External Deposit IHS ACQUISITION 1233236186 70 - DIRECT DEP | 1,029.61 | 5,829.38 |
| Jun 04 | Point Of Sale Withdrawal  THE OLIVE GARD00010MESQUITE TXUS | (43.72) | 5,785.66 |
| Jun 04 | 1072  Electronic Check READERS DIGEST (8003349599) | (24.98) | 5,760.68 |
| Jun 04 | 1069  Check | (2,963.51) | 2,797.17 |
| Jun 05 | Point Of Sale Withdrawal HEB HEB #546 320 Coit Rd PLANO          TXUS | (63.75) | 2,733.42 |
| Jun 05 | Point Of Sale Withdrawal  NORTH TEXAS INTERNADALLAS TXUS | (54.97) | 2,678.45 |
| Jun 06 | Point Of Sale Withdrawal KROGER 6850 N. SHILOH     GARLAND TXUS | (34.82) | 2,643.63 |

022052

**Free Checking - 20007280950**                        CONTINUED

| DATE | TRANSACTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| Jun 19 | Point Of Sale Withdrawal<br>MACARONI GRILL00000PLANO<br>TXUS | (8.99) | 1,162.82 |
| Jun 28 | Point Of Sale Withdrawal TOM THUMB STORE 2645 ARAPAHO ROAD GARLAND    TXUS | (30.59) | 1,132.23 |
| Jun 29 | ATM Deposit TEXANS CU 7220 TELECOM 102   GARLAND, TXUS | 24.72 | 1,156.95 |
| Jun 29 | ATM Withdrawal TEXANS CU 7220 TELECOM 102   GARLAND, TXUS | (100.00) | 1,056.95 |

The amount of dividends earned between 06-01-2010 and 06-30-2010 is $0.00.
The Annual Percentage Yield Earned for this account is 0.00%.

**Summary of Overdraft and Returned Item Fees**

Total Overdraft Fees for This Period             $ 0.00
Total Year-to-Date Overdraft Fees                $ 0.00

Total Returned Item Fees for This Period         $ 0.00
Total Year-to-Date Returned Item Fees            $ 0.00

Dividends Paid YTD:   0.00

**Statement Summary**

| Account Number | Type | Balance |
|---|---|---|
| 20007280869 | Consumer Shares (Savings) | 877.40 |
| 20007280926 | Free Checking | 552.11 |
| 20007280950 | Free Checking | 1,056.95 |



**Go paperless - Go e-statement. It's fast, easy and free.**
E-statements help eliminate paperwork and give you a quick, easy way to view, save or print your statement. Statements are made available around the third business day of each month. For more info, visit www.texanscu.org and click the e-statements link at the top of the page.

022055 P



Main Number
972-348-2000 | 800-843-5295

Access Line
972-348-2001 | 800-843-6426

Preauthorized Credits
972-348-2000

Your Statement of Accounts

**07/01/2010 THRU 07/31/2010**

Your Member Number

740000077616

P.O. Box 853912
Richardson, TX 75085-3912

 Your savings federally insured to at least $100,000 and backed by the full faith and credit of the United States Government

MDG2006 00036650 1 AV 0335

PAMELA TRAUTMANN
LEE TRAUTMANN
3602 CHEYENNE TRAIL          036650
GARLAND TX 75044

**Are you ready to buy a new home? Or maybe you are ready to turn your current home into your dream home!** Texans has a variety of home loans with competitive interest rates. Visit www.texanscu.org for more info and to apply online using our convenient step-by-step application. Or call us at 972.348.2407 to schedule an appointment. Texans Credit Union is an Equal Housing Lender.

### Consumer Shares (Savings) - 20007280869

Account Summary for Consumer Shares (Savings) - 20007280869

| Starting Balance | + Deposits | + Dividend Paid | - Withdrawals | - Service Charges | = Ending Balance |
|---|---|---|---|---|---|
| 877.40 | 3,000.00 | 0.17 | 500.00 | 0.00 | 3,377.57 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| Jul 01 | Starting Balance | | 877.40 |
| Jul 26 | ATM Deposit TEXANS CU 7220 TELECOM 101    GARLAND, TXUS | 3,000.00 | 3,877.40 |
| Jul 26 | ATM Transfer Debit To Checking TEXANS CU 7220 TELECOM 101 | (500.00) | 3,377.40 |
| Jul 31 | Credit Dividends | 0.17 | 3,377.57 |

The amount of dividends earned between 07-01-2010 and 07-31-2010 is $0.17.
The Annual Percentage Yield Earned for this account is 0.15%.
Dividends Paid YTD:     5.38




065033 P

## Free Checking - 20007280926

**Account Summary for Free Checking - 20007280926**

| Starting Balance | + | Deposits | + | Dividend Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 552.11 | | 4,223.43 | | 0.00 | | 3,775.81 | | 0.00 | | 999.73 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| Jul 01 | Starting Balance | | 552.11 |
| Jul 01 | Point Of Sale Withdrawal #04125 ALBERTSO 111 N PLANO RD. RICHARDSON TXUS | (100.43) | 451.68 |
| Jul 01 | Point Of Sale Withdrawal KEBAB N KURRY, INC RICHARDSON TXUS | (29.74) | 421.94 |
| Jul 02 | Point Of Sale Withdrawal NFI*WWW.NETFLIX.COMNETFLIX.COM CAUS | (15.14) | 406.80 |
| Jul 02 | External Deposit IHS ACQUISITION 1233236186 70 - DIRECT DEP | 1,267.83 | 1,674.63 |
| Jul 03 | Point Of Sale Withdrawal HEB HEB #546 320 Coit Rd PLANO TXUS | (35.03) | 1,639.60 |
| Jul 03 | Point Of Sale Withdrawal SAVINGSACE 093663888-593-5216 CTUS | (19.95) | 1,619.65 |
| Jul 04 | Point Of Sale Withdrawal HEB HEB #552 5750 E. Lover's LanDALLAS TXUS | (117.52) | 1,502.13 |
| Jul 05 | Point Of Sale Withdrawal KROGER 6850 N. SHILOH GARLAND TXUS | (22.96) | 1,479.17 |
| Jul 05 | Point Of Sale Withdrawal RANDALLS STORE 2645 ARAPAHO ROAD GARLAND TXUS | (55.76) | 1,423.41 |
| Jul 05 | Point Of Sale Withdrawal Wal-Mart Super 1055 WAL-SAMS GARLAND TXUS | (91.24) | 1,332.17 |
| Jul 05 | Point Of Sale Withdrawal PEI WEI #0102 GARLAND TXUS | (36.97) | 1,295.20 |
| Jul 05 | Point Of Sale Withdrawal AMC FIREWHEEL 01002Garland TXUS | (19.00) | 1,276.20 |
| Jul 06 | Point Of Sale Withdrawal OFFICE MAX 112 WEST CAMPBELL RRICHARDSON TXUS | (77.92) | 1,198.28 |
| Jul 06 | Point Of Sale Withdrawal | (15.16) | 1,183.12 |

065033 P

**Free Checking - 20007280950**                                    CONTINUED

   Dividends Paid YTD:   0.00

**Statement Summary**

| Account Number | Type | Balance |
|---|---|---|
| 20007280869 | Consumer Shares (Savings) | 3,377.57 |
| 20007280926 | Free Checking | 999.73 |
| 20007280950 | Free Checking | 664.98 |



\*\*



**Go paperless - Go e-statement. It's fast, easy and free.**
E-statements help eliminate paperwork and give you a quick, easy way to view, save or print your statement. Statements are made available around the third business day of each month. For more info, visit www.texanscu.org and click the e-statements link at the top of the page.

065036 P




Main Number
972-348-2000 | 800-843-5295

Access Line
972-348-2001 | 800-843-6426

Preauthorized Credits
972-348-2000

P.O. Box 853912
Richardson, TX 75085-3912

Your Statement of Accounts
**08/01/2010 THRU 08/31/2010**

Your Member Number
**740000077616**

 Your savings federally insured to at least $100,000 and backed by the full faith and credit of the United States Government

MDG2006 00036095 1 AV 0335

PAMELA TRAUTMANN
LEE TRAUTMANN
3602 CHEYENNE TRAIL          036095
GARLAND TX 75044

**Check out Enterprise Car Sales during the Sell-A-Thon Used Auto Sales Event from September 1 - 6!** When you purchase a vehicle at Enterprise Car Sales in Plano or Arlington, Enterprise will give you $500 over Blue Book® Trade-In Value for your current vehicle, plus they'll make your first payment up to $350! Get pre-approved today! Call 972.348.2000 or 800.843.5295 or visit www.texanscu.org for information.

### Consumer Shares (Savings) - 20007280869

Account Summary for Consumer Shares (Savings) - 20007280869

| Starting Balance | + Deposits | + Dividend Paid | − Withdrawals | − Service Charges | = Ending Balance |
|---|---|---|---|---|---|
| 3,377.57 | 0.00 | 0.43 | 0.00 | 0.00 | 3,378.00 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| Aug 01 | Starting Balance | | 3,377.57 |
| Aug 31 | Credit Dividends | 0.43 | 3,378.00 |

The amount of dividends earned between 08-01-2010 and 08-31-2010 is $0.43.
The Annual Percentage Yield Earned for this account is 0.15%.
Dividends Paid YTD:   5.81

### Free Checking - 20007280926

Account Summary for Free Checking - 20007280926

| Starting Balance | + Deposits | + Dividend Paid | − Withdrawals | − Service Charges | = Ending Balance |
|---|---|---|---|---|---|
| 999.73 | 3,996.79 | 0.00 | 2,334.76 | 0.00 | 2,661.76 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| Aug 01 | Starting Balance | | 999.73 |
| Aug 02 | Point Of Sale Withdrawal HEB<br>HEB #546 320 Coit Rd<br>PLANO    TXUS | (162.41) | 837.32 |
| Aug 02 | Point Of Sale Withdrawal<br>NFI*WWW.NETFLIX.COMNETFLIX.COM | (15.14) | 822.18 |



064271 P

Account #740900077616       Page   7 of 7

**Free Checking - 20007280950**                    CONTINUED

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| Aug 23 | ATM Deposit TEXANS CU 7220 TELECOM 102   GARLAND, TXUS | 19.00 | 424.60 |
| Aug 23 | ATM Deposit TEXANS CU 7220 TELECOM 102   GARLAND, TXUS | 490.00 | 914.60 |
| Aug 23 | ATM Withdrawal TEXANS CU 7220 TELECOM 102   GARLAND, TXUS | (40.00) | 874.60 |
| Aug 26 | Point Of Sale Withdrawal WHATABURGER 812   PLANO TXUS | (4.16) | 870.44 |



**CLEARED CHECKS**

| CHECK | AMOUNT | CHECK | AMOUNT |
|---|---|---|---|
| 1156 | 37.00 | | |

*RU Trust acc't* (handwritten)

*Indicates a break in check sequence.
The amount of dividends earned between 08-01-2010 and 08-31-2010 is $0.00.
The Annual Percentage Yield Earned for this account is 0.00%.

Summary of Overdraft and Returned Item Fees

| | |
|---|---|
| Total Overdraft Fees for This Period | $ 0.00 |
| Total Year-to-Date Overdraft Fees | $ 0.00 |
| Total Returned Item Fees for This Period | $ 0.00 |
| Total Year-to-Date Returned Item Fees | $ 0.00 |

Dividends Paid YTD:   0.00

**Statement Summary**

| Account Number | Type | Balance |
|---|---|---|
| 20007280869 | Consumer Shares (Savings) | 3,378.00 |
| 20007280926 | Free Checking | 2,661.76 |
| 20007280950 | Free Checking | 870.44 |



**TEXANS CREDIT UNION**
P.O. Box 853912
Richardson, TX 75085-3912

Main Number
972-348-2000
Access Line
972-348-2001 | 800-843-6426
Preauthorized Credits
972-348-2000

Your Statement of Accounts
**09/01/2010 THRU 09/30/2010**

Your Member Number
**740000077616**



Your savings federally insured to at least $100,000 and backed by the full faith and credit of the United States Government

MDG2006 00055723 2 AV 0460

PAMELA TRAUTMANN
LEE TRAUTMANN
3602 CHEYENNE TRAIL        055723
GARLAND TX 75044

## Periodic Statement Update

Effective November 1, members without a loan or checking account will receive quarterly statements instead of monthly statements. The following exceptions apply: you will receive a statement for any period in which 1) an Electronic Funds Transfer occurs (Debit Card, ATM, or ACH transaction); or 2) you have a loan with a balance of $1.00 or more; or 3) a loan finance charge has been imposed.

### Consumer Shares (Savings) - 20007280869

Account Summary for Consumer Shares (Savings) - 20007280869

| Starting Balance | + Deposits | + Dividend Paid | - Withdrawals | - Service Charges | = Ending Balance |
|---|---|---|---|---|---|
| 3,378.00 | 0.00 | 0.28 | 0.00 | 0.00 | 3,378.28 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| Sep 01 | Starting Balance | | 3,378.00 |
| Sep 30 | Credit Dividends | 0.28 | 3,378.28 |

The amount of dividends earned between 09-01-2010 and 09-30-2010 is $0.28.
The Annual Percentage Yield Earned for this account is 0.10%.
Dividends Paid YTD:   6.09

### Free Checking - 20007280926

Account Summary for Free Checking - 20007280926

| Starting Balance | + Deposits | + Dividend Paid | - Withdrawals | - Service Charges | = Ending Balance |
|---|---|---|---|---|---|
| 2,661.76 | 6,018.47 | 0.00 | 6,317.02 | 0.00 | 2,363.21 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| Sep 01 | Starting Balance | | 2,661.76 |
| Sep 01 | Point Of Sale Withdrawal<br>TEXACO 0304169    GARLAND TXUS | (20.55) | 2,641.21 |
| Sep 01 | Point Of Sale Withdrawal<br>SAVINGSACE    093663888-593-5216 | (19.95) | 2,621.26 |



086194 P

**Free Checking - 20007280950                          CONTINUED**

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|

AVGARLAND          TXUS

**CLEARED CHECKS**

| CHECK | AMOUNT | CHECK | AMOUNT |
|---|---|---|---|
| 1158 E | 29.25 | 1159 E | 15.13 |

*Indicates a break in check sequence.

The amount of dividends earned between 09-01-2010 and 09-30-2010 is $0.00.
The Annual Percentage Yield Earned for this account is 0.00%.

Summary of Overdraft and Returned Item Fees

| | |
|---|---|
| Total Overdraft Fees for This Period | $ 0.00 |
| Total Year-to-Date Overdraft Fees | $ 0.00 |
| Total Returned Item Fees for This Period | $ 0.00 |
| Total Year-to-Date Returned Item Fees | $ 0.00 |

Dividends Paid YTD:   0.00

**Statement Summary**

| Account Number | Type | Balance |
|---|---|---|
| 20007280869 | Consumer Shares (Savings) | 3,378.28 |
| 20007280926 | Free Checking | 2,363.21 |
| 20007280950 | Free Checking | 610.56 |



**Go paperless - Go e-statement. It's fast, easy and free.**
E-statements help eliminate paperwork and give you a quick, easy way to view, save or print your statement. Statements are made available around the third business day of each month. For more info, visit www.texanscu.org and click the e-statements link at the top of the page.

086197 P