# Earnings Statement



PLANO SPECIALTY HOSPITAL
1621 COIT RD
PLANO, TX 75075

Period Ending: 05/13/2010
Pay Date: 05/21/2010

0000000000004
PAMELA TRAUTMANN
3802 CHEYENNE TRAIL
GARLAND, TX 75044

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0500 | 72.00 | 1,875.60 | 9,097.97 |
| Overtime | | | | 68.39 |
| **Gross Pay** | | | **$1,875.60** | 9,166.36 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  TX: No State Income Tax

Social Security Number: XXX-XX-4165

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -209.34 | 1,081.73 |
| Social Security Tax | -97.05 | 491.35 |
| Medicare Tax | -22.69 | 114.91 |
| **Other** | | |
| Checking 1 | -1,228.35 | |
| Dental Pretax | -21.07* | 84.28 |
| Ltd | -7.82 | 31.28 |
| Medical Pretax | -285.53* | 1,142.12 |
| Vision Pretax | -3.75* | 15.00 |

**Net Pay** $0.20

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,565.25

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO L

# Earnings Statement

 ADP

| | |
|---|---|
| Period Ending: | 04/29/2010 |
| Pay Date: | 05/07/2010 |

PLANO SPECIALTY HOSPITAL
1621 COIT RD
PLANO, TX 75075

000000000004
PAMELA TRAUTMANN
3602 CHEYENNE TRAIL
GARLAND, TX 75044

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 TX: No State Income Tax

Social Security Number: XXX-XX-4165

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0500 | 75.50 | 1,966.78 | 7,222.37 |
| Overtime | 39.0750 | 1.50 | 39.08 | 68.39 |
| Overtime | | | 19.54 | |
| **Gross Pay** | | | **$2,025.40** | 7,290.76 |

| Deductions | | |
|---|---|---|
| Statutory | | |
| Federal Income Tax | -246.79 | 872.39 |
| Social Security Tax | -106.33 | 394.30 |
| Medicare Tax | -24.87 | 92.22 |
| Other | | |
| Checking 1 | -1,329.24 | |
| Dental Pretax | -21.07* | 63.21 |
| Ltd | -7.82 | 23.46 |
| Medical Pretax | -285.53* | 856.59 |
| Vision Pretax | -3.75* | 11.25 |
| **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,715.05

◀ TEAR HERE      ©1998, 2006. ADP, Inc. All Rights Reserved.

# Earnings Statement



PLANO SPECIALTY HOSPITAL
1621 COIT RD
PLANO, TX 75075

Period Ending: 04/15/2010
Pay Date: 04/23/2010

00000000004
PAMELA TRAUTMANN
3602 CHEYENNE TRAIL
GARLAND, TX 75044

CO FILE  DEPT.  CLOCK  VCHR. NO. 120
LPO 8Z8326 100995  0009160004 1

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
TX: No State Income Tax

Social Security Number: XXX-XX-4165

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0500 | 72.50 | 1,888.63 | 5,255.59 |
| Overtime | | | | 9.77 |
| **Gross Pay** | | | **$1,888.63** | 5,265.36 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -212.60 | 625.60 |
| Social Security Tax | | -97.85 | 287.97 |
| Medicare Tax | | -22.89 | 67.35 |
| Other | | | |
| Checking 1 | | -1,237.12 | |
| Dental Pretax | | -21.07* | 42.14 |
| Ltd | | -7.82 | 15.64 |
| Medical Pretax | | -285.53* | 571.06 |
| Vision Pretax | | -3.75* | 7.50 |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,578.28

◀ TEAR HERE   ©1998, 2006. ADP, Inc. All Rights Reserved.

# Earnings Statement

**ADP**

PLANO SPECIALTY HOSPITAL
1621 COIT RD
PLANO, TX 75075

Period Ending: 04/01/2010
Pay Date: 04/09/2010

0000000004
PAMELA TRAUTMANN
3602 CHEYENNE TRAIL
GARLAND, TX 75044

CO FILE DEPT. CLOCK VCHR. NO. 130
LPO 82B326 100805 D0014000D4 1

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  TX: No State Income Tax

Social Security Number: XXX-XX-4165

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0500 | 80.00 | 2,084.00 | 3,366.96 |
| Overtime | 39.0750 | .25 | 6.51 | 9.77 |
| Overtime | | | 3.26 | |
| **Gross Pay** | | | **$2,093.77** | 3,376.73 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -263.88 | 413.00 |
| Social Security Tax | | -110.58 | 190.12 |
| Medicare Tax | | -25.86 | 44.46 |
| **Other** | | | |
| Checking -1 | | -1,375.28 | |
| Dental Pretax | | -21.07* | 21.07 |
| Ltd | | -7.82 | 7.82 |
| Medical Pretax | | -285.53* | 285.53 |
| Vision Pretax | | -3.75* | 3.75 |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,783.42

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2000 ADP, Inc.

◄ TEAR HERE    ©1998, 2006. ADP, Inc. All Rights Reserved.

*[handwritten notes: "approx 3% for taxes", "PTO P 90 days", "insurance"]*



**ADP**

# Earnings Statement

Period Ending: 03/18/2010
Pay Date: 03/26/2010

PAMELA TRAUTMANN
3602 CHEYENNE TRAIL
GARLAND, TX 75044

CO. FILE DEPT. CLOCK NUMBER 130
LPQ 828326 100005 0082507196 1

PLANO SPECIALTY HOSPITAL
1621 COIT RD
PLANO, TX 75075

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 TX: No State Income Tax

Social Security Number: XXX-XX-4165

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0500 | 49.25 | 1,282.96 | 1,282.96 |
| **Gross Pay** | | | **$1,282.96** | 1,282.96 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -149.12 | 149.12 |
| | Social Security Tax | -79.54 | 79.54 |
| | Medicare Tax | -18.60 | 18.60 |
| **Net Pay** | | **$1,035.70** | |

Your federal taxable wages this period are
$1,282.96

**Deposits**
Account No. xxxxxx0926
Transit/ABA xxxx xxxx
Pending

**Important Notes**
YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT
DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

©1998, 2006 ADP, Inc. All Rights Reserved. ◀ TEAR HERE

**Check 1039**

THE FARGIN GROUP
P.O. BOX 452495
GARLAND, TX 75045-2495

32-61/1110 1971

1039

DATE 30 AUG 2010

PAY TO THE ORDER OF: Lee Trautmann      $1200.00

TWELVE HUNDRED & 00/100 ------ DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO: SALARY: Aug, 2010

Signature: Lee Trautmann

⑈111000614⑈   826738189⑈ 1039

**Check 1024**

THE FARGIN GROUP
P.O. BOX 452495
GARLAND, TX 75045-2495

32-61/1110 1971

1024

DATE 1 AUG 2010

PAY TO THE ORDER OF: LEE TRAUTMANN      $1,500.00

FIFTEEN HUNDRED & 00/100 ------ DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO: SALARY July

Signature: Lee Trautmann

⑈111000614⑈   826738189⑈ 1024

**Check 1049**

THE FARGIN GROUP
P.O. BOX 452495
GARLAND, TX 75045-2495

32-61/1110 1971      1049

DATE: 27 SEPT 2010

PAY TO THE ORDER OF: LEE TRAUTMANN    $1,200.00

TWELVE HUNDRED & 00/100 ———— DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO: SEPT Salary

⑈111000614⑈    826738189⑈ 1049

**Check 1050**

THE FARGIN GROUP
P.O. BOX 452495
GARLAND, TX 75045-2495

32-61/1110 1971      1050

DATE: 3 OCT 2010

PAY TO THE ORDER OF: LEE TRAUTMANN    $1,000.00

ONE THOUSAND & 00/100 ———— DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

MEMO: Salary

⑈111000614⑈    826738189⑈ 1050